Judgment and order affirmed, with costs. Order filed.

FRISBEE, Respondent, v. VILLAGE OF PORT BYRON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Elizabeth Frisbee against the village of Port Byron. No opinion. Judgment and order affirmed, with costs.

In re FROMAN. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Samuel Froman, deceased. No opinion. Decree affirmed, with costs. Order filed.

FROMME, Appellant, v. PERSSE, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Herman Fromme against Thomas H. Persse. J. Fromme, for appellant. No opinion. Judgment and order affirmed, with costs. Order filed.

FULTON, Respondent, v. MALONEY, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Robert M. Fulton against Daniel W. Maloney. No opinion. Judgment affirmed, with costs.

F. V. SMITH CONTRACTING CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the F. V. Smith Contracting Company against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs, on 115 App. Div. 180, 100 N. Y. Supp. 756. Order filed.

GABELMAN, Respondent, v. DRESSLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Henrietta Gabelman against Peter Dressler. No opinion. Motion granted.

GEOGHEGAN, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by John J. Geoghegan against the Union Railway Company. J. V. Bouvier, for appellant. S. C. Baldwin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 646, 107 N. Y. Supp. 503.

In re GERLICH. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of Charles Gerlich for permission to appeal from the judgment of a Municipal Court in the borough of Brooklyn, etc. No opinion. Motion denied, on the ground of lack of power.

GERSKI, Respondent, v. SLISZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Louis Gerski, by guardian, etc., against Stanislaus Slisz and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

In re GERSTENBERG. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the judicial settlement of the account of Charles S. Gerstenberg, as administrator of the estate of Mary Gerstenberg, deceased. No opinion. Motion denied.

GERTLER, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Abraham Gertler against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff did not prove by a preponderance of evidence that he was a passenger.

In re GIFUNI. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Joseph Gifuni. No opinion. Reference ordered. Settle order on notice.

GILCHRIST, Appellant, v. O'NEIL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by William K. Gilchrist against Simon J. O'Neil and others. A. Gilhooly, for appellant. H. S. Marshall, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GILMORE, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Alexander Gilmore, Jr., against Cecelia Wagner. No opinion. Judgment and order unanimously affirmed, with costs.

In re GILROY, Com'r of Public Works. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the Petition of Thomas F. Gilroy, commissioner of public works of the city of New York, etc. Eighth supplemental proceeding. Parcel No. 184. No opinion. Order (112 N. Y. Supp. 111) affirmed, with $10 costs and disbursements.

GOODMAN et al., Appellants, v. DYAR, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Edmund L. Goodman and another against Harrison G. Dyar. C. L. Craig, for appellants, J. S. Montgomery, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GORDON et al. v. LYNCH. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Morris J. Gordon and another against Fannie G. Lynch. No opinion. Motion denied, with $10 costs. Order filed.

GORING, Respondent, v. UTICA GAS & ELECTRIC CO., Appellant. (Supreme Court,